FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 07 2015

JAMES W. McCORMACK, CLERK
By: _____
                          DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:15 CR 00251 DPM |
| v. | 21 U.S.C. § 841(a)(1), 846 |
| ANNE ROWLAND TRUSSELL M.D. | |
| SANDRA JOYCE SILER | |
| aka SANDI SILER | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

**A. Introduction**

At all times material to this Indictment:

1. ANNE ROWLAND TRUSSELL was a medical doctor (MD) licensed to practice in the State of Arkansas. TRUSSELL was the sole practicing physician at Sei Bella Med Spa located at 9501 Lile Drive, Suite 940, Little Rock, Arkansas 72205. Sei Bella Med Spa offered weight loss services, Botox injections, and other medical services.

2. SANDRA JOYCE SILER aka SANDI SILER was licensed by the State of Arkansas as a Licensed Practical Nurse (LPN). SILER worked as an LPN at Sei Bella Med Spa.

3. Under Arkansas law, an LPN may not assess, diagnose, or plan care for patients, and an LPN does not have authority to issue prescriptions.

4. During the course of operating Sei Bella Med Spa, TRUSSELL signed her name to more than 75 prescriptions on a blank prescription pad. TRUSSELL left these signed,

blank prescriptions at Sei Bella Med Spa so that SILER could issue prescriptions to patients at Sei Bella Med Spa in TRUSSELL's absence.

5. During the course of working at Sei Bella Med Spa, SILER kept in her possession blank prescriptions that had been pre-signed by TRUSSELL. SILER met with patients who had scheduled an appointment for weight loss, and, without supervision by TRUSSELL, SILER examined the patients and wrote dispensing instructions on the pre-signed prescriptions for Adipex, which is phentermine, a Schedule IV narcotic drug.

**B. The Charge**

From in or about August, 2014, through in or about February, 2015, in the Eastern District of Arkansas and elsewhere,

ANNE ROWLAND TRUSSELL M.D. and
SANDRA JOYCE SILER aka SANDI SILER

did conspire to knowingly and intentionally distribute and dispense phentermine, a Schedule IV controlled substance without an effective prescription in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(E).

All in violation of Title 21, United States Code, Section 846.

COUNT 2

On or about August 5, 2014, in the Eastern District of Arkansas, the defendant,

SANDRA JOYCE SILER aka SANDI SILER

knowingly and intentionally distributed phentermine, a Schedule IV controlled substance, without an effective prescription in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(E).

## COUNT 3

On or about November 3, 2014, in the Eastern District of Arkansas, the defendant,

SANDRA JOYCE SILER aka SANDI SILER

knowingly and intentionally distributed phentermine, a Schedule IV controlled substance, without an effective prescription in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(E).

## COUNT 4

On or about November 24, 2014, in the Eastern District of Arkansas, the defendant,

SANDRA JOYCE SILER aka SANDI SILER

knowingly and intentionally distributed phentermine, a Schedule IV controlled substance, without an effective prescription in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(E).

## COUNT 5

On or about December 15, 2014, in the Eastern District of Arkansas, the defendant,

SANDRA JOYCE SILER aka SANDI SILER

knowingly and intentionally distributed phentermine, a Schedule IV controlled substance, without an effective prescription in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(E).

## COUNT 6

On or about January 8, 2015, in the Eastern District of Arkansas, the defendant,

SANDRA JOYCE SILER aka SANDI SILER

knowingly and intentionally distributed phentermine, a Schedule IV controlled substance, without an effective prescription in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(E).

## COUNT 7

On or about February 9, 2015, in the Eastern District of Arkansas, the defendant,

SANDRA JOYCE SILER aka SANDI SILER

knowingly and intentionally distributed phentermine, a Schedule IV controlled substance, without an effective prescription in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(E).

[END OF TEXT: SIGNATURE PAGE ATTACHED]