IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

v.                        No. 4:15-cr-251-DPM-1

ANNE ROWLAND TRUSSELL, M.D.                             DEFENDANT

ORDER

Motion, № 34, granted. The Indictment and Superseding Indictment are dismissed without prejudice as to Trussell.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 August 2016